14CV1880

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Guevaro José

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

N.Y.P.D 25.th Pct

1. Police officer. John Doe
2. Police officer. John Doe
3. Police officer. John Doe
4. Police officer. John Doe
   and
5. N.Y.C Dept of Corrections

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes  ☐ No
(check one)

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Guevaro José
ID #  349-120-1991
Current Institution  ~~1500 Hazen~~  N.I.C
Address  1500 Hazen Street
East Elmhurst NY 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

_Rev. 05/2007_                                        1

Defendant No. 1    Name __John Doe__                Shield # _____
                   Where Currently Employed __25th Pct__
                   Address _____

Defendant No. 2    Name __John Doe__                Shield # _____
                   Where Currently Employed __25th Pct NY NY__
                   Address _____

Defendant No. 3    Name __John Doe__                Shield # _____
                   Where Currently Employed __25th Pct NY NY__
                   Address _____

Defendant No. 4    Name __John Doe__                Shield # _____
                   Where Currently Employed __25th Pct NY NY__
                   Address _____

Defendant No. 5    Name _____  Shield # _____
                   Where Currently Employed _____
                   Address _____

## II.  Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?  __N/A__

B.  Where in the institution did the events giving rise to your claim(s) occur?  __N/A__

C.  What date and approximate time did the events giving rise to your claim(s) occur? __JAN. 31 2012 PM hrs__

D. Facts:

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

On Jan. 31, 2012 in the P.M. hrs as I came home from work I was assaulted by two assailants possibly a third (A female) After that I really don't remember much, nex thing I remember I'm at the 25th Pct in extreme pain all over my head but a lot worst on the left side of my Head - neck - and spinal cord. I don't know how I got to the 25th Pct but the brightness of the Pct lights started to bother me as I walked inside, the Pct. I asked a number of times to use the bathroom coose I felt nausea but nothing was coming up. I asked the officers that I needed medical attention but they ignored me. The nex morning Feb 1 2012 as I was being transported to central booking in NYC. I asked again that I needed a doctor and one of them told me I was going to see one in central booking. While we driving to central booking the officer on the passenger side was telling the one on the driver side about how much over time he had made finally on feb. 2 2012 I got some medical Tritment but only was given 2 tylenols. Today I have a tumor like bump on the left side of my head with left eye & ear pain lost some vision have bleary vision and some lost of hearing also have nerve damage. headaches go beyond migraines also have neck and back pain. and most of the time I hear some tipe of drum inside my head

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. yes I sustained blunt force trauma to the left side of my head neck and back also left eye

now I asked for medical treatment numerous times through second opinions and they keep giving me the round a round

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No X

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve?   N/A

2. What was the result, if any?   N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.   N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:   N/A

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

_____

N/A

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

N/A

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I asks that the N.Y.P.D or any Law Inforcement agency if a prisoner or civilian asks for medical attention to take those matters serious cause they could be life threatening plus the NYPD are not medically trained for such situation.

For violating my Right to get medical attention and for Cruel and unusal ponishment. the pain I'm going through.

I'm asking 20,000,000

| | VI. | Previous lawsuits: |
|---|---|---|
| On these claims | A. | Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?<br>Yes ____ No ✓ |
| | B. | If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.) |

1. Parties to the previous lawsuit:

   Plaintiff _____
   
   Defendants _____ N/A _____
   
   2. Court (if federal court, name the district; if state court, name the county) _____
   
   3. Docket or Index number _____ N/A
   
   4. Name of Judge assigned to your case _____ N/A
   
   5. Approximate date of filing lawsuit _____ N/A
   
   6. Is the case still pending? Yes ____ No ✓
      If NO, give the approximate date of disposition _____ N/A
   
   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
      
      N/A

| On other claims | C. | Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?<br>Yes ____ No ✓ |
|---|---|---|
| | D. | If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.) |

1. Parties to the previous lawsuit:

   Plaintiff _____ N/A
   
   Defendants _____ N/A
   
   2. Court (if federal court, name the district; if state court, name the county) N/A
   
   3. Docket or Index number _____ N/A
   
   4. Name of Judge assigned to your case _____ N/A
   
   5. Approximate date of filing lawsuit _____ N/A
   
   6. Is the case still pending? Yes ____ No ✓
      If NO, give the approximate date of disposition _____ N/A

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _N/A_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4 day of February, 2014.

Signature of Plaintiff

Inmate Number   349-120-1991

Institution Address   1500 Hazen Street
East Elmhurst
NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 4 day of February, 2014 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____